168 So.2d 599

**Leon E. BREAUX et al.**

v.

**Shirley M. BREAUX et al.**

**No. 47548.**

Nov. 18, 1964.

In re: Shirley M. Breaux et al. applying for writs of certiorari, mandamus and prohibition and for a stay order. 161 So.2d 403.

Writ refused. The showing made does not warrant the exercise of our supervisory jurisdiction.

McCALEB, J., is of the opinion that a writ should be granted mainly on the ground that two judges (a minority) of the Court of Appeal were without authority to summarily dismiss a remedial writ, once granted, without a contradictory hearing before

the Court and an opinion assigning reasons for its action as prescribed by Section 1 of Article 7 of the Constitution.